**S.R., by her next friend S.H.R., and S.H.R., individually, Petitioner/Respondent,**

v.

**K.M., Respondent/Appellant.**

**No. ED 102451**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: June 9, 2015

Stevan H. Rowe, Acting Pro Se, 210 N. Main, DeSoto, MO 63020, For Petitioner/Respondent.

1. Respondent did not file a brief.

Laurence D. Mass, 230 S. Bemiston, Suite 1200, St. Louis, MO 63105, For Respondent/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

**PER CURIAM.**

K.M. (Appellant) appeals from the trial court's Judgment Reviving Judgments entered December 19, 2014. We have reviewed Appellant's brief[1] and the record on appeal and conclude the trial court's judgment is supported by substantial evidence and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).